UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENYA HOLLIDAY, a/n/f of D.H., a Minor, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1412 |
| | § | |
| ANDREW SAUL, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 16. The M&R recommends denying plaintiff Kenya Holliday's motion for summary judgment (Dkt. 12) and granting defendant Andrew Saul's motion for summary judgment (Dkt. 10).

Objections to the M&R were due on July 23, 2019, but no objections have been filed to date. *See* Dkt. 16. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 16). For the reasons stated in the M&R, Holliday's motion for summary judgment (Dkt. 12) is DENIED and Saul's motion for summary judgment (Dkt. 10) is GRANTED.

Signed at Houston, Texas on July 24, 2019.

_____
Gray H. Miller
Senior United States District Judge